**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 18-cr-00104-CMA-GPG

UNITED STATES OF AMERICA,

     Plaintiff,

v.

HUENG YU WONG,

     Defendant.

---

**ORDER ADOPTING AND AFFIRMING DECEMBER 10, 2018 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

This matter is before the Court on the Recommendation of Magistrate Judge Gallagher (Doc. #81). The Court notes that pursuant to the terms of the written plea agreement, Defendant entered a plea of guilty to Counts One and Seven of the Indictment which charged violations of  21 U.S.C. § 841(a)(1), (b)(1)(A)(vii), and 846, conspiracy to manufacture and possess with intent to distribute 1000 or more plants of marijuana.  The Court also notes that Defendant consented to Magistrate Judge Gallagher advising him with regard to his Constitutional rights and his rights pursuant to Rule 11 of the Federal Rules of Criminal Procedure. Magistrate Judge Gallagher conducted the Rule 11 hearing on December 10, 2018, at which time he appropriately advised the Defendant of his rights and made inquiry as to the Defendant's understanding of the charges, the terms of the plea agreement, the voluntariness of his

plea, and of the consequences of pleading guilty. Based on that hearing Magistrate

Judge Gallagher recommended that the District Court Judge accept Defendant's plea of

guilty to Count One of the Indictment.

Neither the Defendant nor the Government has filed any objections to the

Magistrate Judge's Recommendation; therefore, it is ORDERED THAT:

1. Court Exhibits 1 and 2 are accepted and admitted
2. The plea as made in open court on December 10, 2018, is accepted and
   the Defendant is adjudged guilty of violation of 21 U.S.C. § 841(a)(1),
   (b)(1)(A)(vii), and 846, conspiracy to manufacture and possess with intent
   to distribute 1000 or more plants of marijuana.

DATED: September 29, 2020

BY THE COURT:

_____

CHRISTINE M. ARGUELLO
United States District Judge